# Exhibit A

Stacey Starr

DORSEY & WHITNEY LLP

1400 Wewatta Street

Suite 400 | Denver, CO 80202-5549

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-02063-CNS-SBP

CITY OF FORT COLLINS, a Colorado home rule municipality,

Plaintiff,

v.

OPEN INTERNATIONAL, LLC, a Florida limited liability company and
OPEN INVESTMENTS, LLC, a Florida limited liability company,

Defendants.

## AMENDED FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

This action was tried before a jury of eight duly sworn to try the issues herein with United States District Judge Charlotte N. Sweeney presiding, and the jury has rendered a verdict. Pursuant to the jury verdict, orders issued during the trial, and the Orders entered on March 21, 2024, and March 28, 204, [ECF Nos. 327 and 331] it is

ORDERED that judgment is entered in favor of the plaintiff, City of Fort Collins, and against the defendants, Open International, LLC and Open Investments, LLC, as to fraudulent inducement in the following amounts which include pre-judgment interest:

a. $12,245,881 in project costs;

b. $578,280 in third-party consulting costs;

c. $7,067,286 in labor costs.

It is

I, the undersigned, Clerk of the United States District Court for the District of Colorado, do certify that the foregoing is a true copy of an original document remaining on file and record in my office.
WITNESS my hand and SEAL of said Court this 4th day of February
JEFFREY P. COLWELL
By _____ Deputy

FURTHER ORDERED that post-judgment interest shall accrue in accordance with 28 U.S.C. § 1961 at a rate of 5.02% from March 26, 2024, the date of the Final Judgment [ECF No. 329]. It is

FURTHER ORDERED that the plaintiff is awarded its costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated: March 28, 2024.

FOR THE COURT:

Jeffrey P. Colwell, Clerk

By s/ J. Dynes
    J. Dynes, Deputy Clerk